IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES WHITAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No.   15-cv-700-CJP |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| Defendant. | ) |

### ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's unopposed Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act.   **(Doc. 26).**

The parties have agreed that plaintiff is entitled to an award in the amount of $3,025.00, and with no additional amount for costs and expenses.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the agreed upon amount is reasonable and appropriate.

Plaintiff's unopposed motion for attorney's fees **(Doc. 26)** is **GRANTED**. The Court awards plaintiff James Whitaker the sum of **$3,025.00** (three thousand and twenty-five dollars) for attorney's fees pursuant to the Equal Access to Justice Act. These funds shall be payable to plaintiff, per *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). However, in accordance with the parties' agreement, any part of the award

that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and her attorney.

**IT IS SO ORDERED.**

**DATE:   November 4, 2016.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD
UNITED STATES MAGISTRATE JUDGE**